# Third District Court of Appeal

## State of Florida

Opinion filed March 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1449
Lower Tribunal No. 20-23421
_____

## Palm Garden of Aventura, LLC, etc., et al.,
Appellants,

vs.

## Schketha Ellison, etc.,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Ullman Bursa Law, and Jerome R. Silverberg, Kirsten K. Ullman, and Randall J. Thorn (Tampa), for appellants.

Lazer, Aptheker, Rosella & Yedid, P.C., and Eric J. Horbey (West Palm Beach), for appellee.

Before LOGUE, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Stalley v. Transitional Hosps. Corp. of Tampa</u>, 44 So. 3d 627, 630 (Fla. 2d DCA 2010) ("The acts of the agent, standing alone, are insufficient to establish that the agent is authorized to act for the principal."); § 765.401, Fla. Stat. (2020) (explaining that "health care decisions may be made for [an incapacitated] patient by" a proxy); § 765.101(6), Fla. Stat. (2020) (enumerating which decisions are considered "health care decisions" and not including the decision to enter into an arbitration agreement).